UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Omar Talif Jones**                     **Docket No. 7:10-CR-145-1BO**

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Omar Talif Jones, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base (Crack) in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 7, 2011, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Based upon a Rule 35 Motion Hearing on June 18, 2014, and the Retroactive Drug Quantity Reduction (Minus 2) applied on February 12, 2015, the defendant's imprisonment term was reduced to 77 months.

Omar Talif Jones was released from custody on August 02, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has a history of marijuana use and in an effort to encourage him to remain drug free, he has been placed in the Surprise Urinalysis Program. Given his participation in that program, it is recommend that the special condition of supervision providing for drug aftercare be imposed. This will provide an opportunity to address any future substance abuse issues that may arises.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Omar Talif Jones
Docket No. 7:10-CR-145-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2045
Executed On: September 7, 2016

## ORDER OF THE COURT

Considered and ordered this __7__ day of __Sept.__, 2016, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge