UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Omar Talif Jones**                                        Docket No. 7:10-CR-145-1BO

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Omar Talif Jones, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base (Crack) in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 7, 2011, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On June 18, 2014, pursuant to Rule 35 of the Federal Rules of Criminal Procedure, the defendant's sentence was reduced to 96 months.

On February 12, 2015, pursuant to Retroactive Sentencing Reduction under 18 U.S.C. § 3582(c)(2), the defendant's sentence was reduced to 77 months.

Omar Talif Jones was released from custody on August 2, 2016, at which time the term of supervised release commenced.

On September 7, 2016, at the request of the U.S. Probation Office, the conditions of supervision were modified to include drug aftercare.

On April 6, 2017, the defendant was continued on supervision after being referred for substance abuse treatment following his admission to using marijuana on March 6, 2017. At that time, the court was also notified that he had been charged with Driving While License Revoked in September 2016, but that he was unaware of the unresolved charges that were the basis for the revocation of his driving privileges.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 6, 2017, the defendant was charged with Driving While License Revoked (17CR54975) and Possess Open Container Alcohol in Passenger Area (17IF1507) in Onslow County, North Carolina. He immediately reported the charge to the undersigned officer, and advised that he made the poor decision to drive after realizing that the driver of the vehicle he occupied was intoxicated. To his credit, he was not under the influence of alcohol, but was nonetheless unauthorized to drive. The defendant was sternly admonished for driving without a license and encouraged to continue the process of having his driving privileges restored. Given the defendant's record of gainful employment, and limited transportation, it is recommended that he be required to pay a $200 fine to reinforce his need to refrain from driving until properly licensed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Additionally, it is noted that the defendant submitted to a drug test on July 25, 2017, that was positive for oxycodone and oxymorphone. When questioned about the positive drug test, he explained that he hurt his shoulder while weightlifting and took some pain medication that had been prescribed to a friend. Following the admission, the defendant was admonished for this poor decision and reminded that he is only authorized to use medication that is prescribed to him.

Omar Talif Jones  
Docket No. 7:10-CR-145-1BO  
Petition For Action  
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. Pay a fine of $200 to the Clerk, U.S. District Court for Eastern District of North Carolina

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ David W. Leake<br>David W. Leake<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2045<br>Executed On: August 23, 2017 |

**ORDER OF THE COURT**

Considered and ordered this __24__ day of __August__, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle  
U.S. District Judge